IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEAN PIERE DAZA RICCE,            :
         Petitioner             :
        v.                : Case No. 3:25-cv-00563-KAP
KRISTI NOEM *et al.*,           :
         Respondents     :

Rule and Order

Petitioner, detained at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241.

Service of the petition and this Rule and Order on the respondents and the United States Attorney for the Western District of Pennsylvania is to be made by counsel or, upon motion, by the Marshal. Within sixty days of service, respondents, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: January 12, 2026

                                    Keith A. Pesto,
                                    United States Magistrate Judge

Notice by ECF to counsel of record

1